JULES RACINE and Others, Respondents, v. BAKER & WILLIAMS, Appellant. (Actions Nos. 1, 2, 3 and 4.) — Judgment and order as resettled, denying motion to set aside verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

LELAND Y. ROBINSON, Appellant, v. JOHANNA REMLING and THADDEUS C. SLAWSKI, Respondents.— Judgment reversed upon the law and the facts, with costs, and judgment directed for the plaintiff, with costs. The findings of fact made by the trial court to the effect that at the time defendant Slawski acquired title he did so without knowledge of plaintiff's claims, and that, in any event, the plaintiff was in default under his contract with defendant Remling, and accordingly without right to require the performance of the contract on her part, are contrary to the evidence. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice.

HERBERT R. ROEMMELT, Respondent, v. SELDEN SALES & SERVICE COMPANY OF NEW YORK, INC., and SELDEN TRUCK CORPORATION, Appellants. (Appeal No. 2.) — Order granting plaintiff's motion for discovery affirmed, with ten dollars costs and disbursements as to appellant Selden Sales & Service Company of New York, Inc., and reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, as to appellant Selden Truck Corporation. Since the complaint has been dismissed as against defendant Selden Truck Corporation, it necessarily follows that the order directing a discovery of its books should be reversed. In view of this decision, the appeal from the order denying motion for reargument is dismissed as to both defendants, without costs. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

SUSQUEHANNA LINE, INC., Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY, Respondent, and FRANK AUDITORE and Others, Defendants.*— Judgment affirmed, with costs. No opinion. Kapper, Hagarty and Seeger, JJ., concur; Lazansky, P. J., dissents and votes for reversal upon the ground that it clearly appears that the verdict of the jury was a compromise verdict; Carswell, J., dissents and votes for reversal upon the further ground that the court erred in failing to resubmit the matter to the jury when the form of the verdict was brought to its attention.

---

* Affd., 253 N. Y. ——.